DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## LOWDER v. ALL STAR MILLS

No. 409P91

Case below: 103 N.C.App. 479

Petition by Jeanne Lowder for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## LOWDER v. LOWDER

No. 407P91

Case below: 103 N.C.App. 664

Petitions by defendants (W. Horace Lowder and Lois L. Hudson) for discretionary review pursuant to G.S. 7A-1 denied 2 October 1991.

## MURRAY v. McCALL

No. 377P91

Case below: 103 N.C.App. 525

Petition by defendant (Stephenson) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## NALLE CLINIC CO. v. PARKER

No. 94P91

Case below: 101 N.C.App. 341
329 N.C. 499

Petition by plaintiff for reconsideration of the petition for discretionary review dismissed 2 October 1991.

## NATIONS v. NATIONS

No. 304P91

Case below: 102 N.C.App. 823
329 N.C. 789

Petition by defendant for reconsideration of the petition for discretionary review dismissed 2 October 1991.